IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE L. CARPER, | ) | CASE NO. 8:10CV3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| MICHAEL D. CARPER, and | ) | |
| JACK W. BESSE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion to Vacate the Court's Order of Dismissal and to Withdraw Plaintiff's Motion to Dismiss with Prejudice and Place this Matter Back on the Court's Docket (Filing No. 19). Plaintiff Julie L. Carper "states that Plaintiff [sic] there was an obvious mis-communication between Counsel and Plaintiff as Plaintiff has informed her Counsel that Plaintiff did not give her Counsel authority to file the Motion to Dismiss." (Filing No. 19, p. 1). Plaintiff has shown no good cause for the Court to vacate its earlier Order (Filing No. 18), through which this Court dismissed this action, with prejudice, in response to Plaintiff's own motion (Filing No. 16); and Plaintiff's request to withdraw that motion and to vacate the dismissal of this action is denied.

IT IS ORDERED:

Plaintiff Julie L. Carper's Motion to Vacate the Court's Order of Dismissal and to Withdraw Plaintiff's Motion to Dismiss with Prejudice and Place this Matter Back on the Court's Docket (Filing No. 19) is denied.

.    .

DATED this 7th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge