**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JULIE L. CARPER,** | ) | **CASE NO. 4:10CV3017** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL D. CARPER,** and | ) | |
| **JACK W. BESSE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Bernard J. Glaser, Jr., counsel for Plaintiff, Julie L. Carper, has moved to withdraw as counsel of record in this case. For good cause shown, the motion will be granted.

IT IS ORDERED:

The Motion for Leave to Withdraw, submitted by Bernard J. Glaser, Jr., counsel for Plaintiff Julie L. Carper (Filing No. 22), is granted.

DATED this 11th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge